In the Matter of the Application of the WESTCHESTER COUNTY BAR ASSOCIATION in Relation to BENJAMIN M. FREEMAN, an Attorney.— Report of official referee confirmed, respondent disbarred and his name ordered struck from the roll of attorneys. An attorney in a disciplinary proceeding should be frank and truthful and freely admit facts that are obvious, instead of giving specious explanations and excuses and being untruthful in respect to his derelictions. In adopting the former attitude, evidence of previous good conduct and the stress of circumstances attending his delinquencies, and testimony as to his general good character may be considered in respect to the discipline to be imposed. Such considerations have little influence when the latter named conditions are present. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ANTON WEIDMANN, an Attorney and Counselor at Law.— Motion to amend petition by adding additional charges granted. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

JESSE SHENSON, Respondent, v. I. SHAININ & COMPANY, INCORPORATED, BERNARD SHAININ, SOLOMON SHAININ and ARON SHAININ, Appellants.— In view of the decision in *Shenson* v. *Shainin & Co., Inc.* [*post*, p. 638], decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

JULIUS ARIAN, an Infant, by LENA ARIAN, His Guardian ad Litem, Respondent, v. RUBEL CORPORATION, Appellant.— Action to recover damages for personal injuries sustained by the infant plaintiff through the alleged negligence of defendant in the operation of one of its motor trucks. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

MAUDE L. BERGEN, Respondent, v. CLAUDE D. BERGEN, as Executor, etc., of ABRAM M. W. BERGEN, Deceased, and Others, Appellants.— Judgment in favor of the plaintiff in an action brought on a contract made with her husband, the testator, to bequeath to her the entire income of his estate in consideration of her resigning as a teacher in the public school system of the city of New York, thus forfeiting her rights to a pension to which she would otherwise have been entitled on completion of a designated period of teaching, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

JOSEPH BONFIGLO, Appellant, v. STEEPLECHASE AMUSEMENT COMPANY, INC., Respondent.— Order setting aside the verdict of a jury in favor of the plaintiff, in an action to recover damages for personal injuries sustained while riding a mechanical horse in defendant's amusement park, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.